**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

DONALD LORENZO WILSON,      :
                            :
      Petitioner,             :
                            :
v.                              :     1:02-CR-14 (WLS)
                            :
UNITED STATES OF AMERICA,    :
                            :
      Respondent.         :
_____  :

## ORDER

      Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. 196) filed on May 23, 2006, recommending that Petitioner's Motion to Vacate, Set Aside, or Correct His Sentence (Doc. 189) be denied. No objection has been filed.[1]

      Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 196) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct His Sentence (Doc. 189) is **DENIED**.

      **SO ORDERED**, this   8th   day of May, 2007.


                      /s/W. Louis Sands
                      **THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

---

[1]     Petitioner moved for, and on July 18, 2006, was granted an extension of time in which to file an objection to the instant Report and Recommendation. (Docs. 198, 201). In the approximately nine (9) months since then, Plaintiff has neither filed an objection to the Report and Recommendation nor otherwise communicated with the Court.